E-FILED
Monday, 24 October, 2005 04:20:23 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| ANTHONY MASSARO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) CASE NO.  05-4087 |
| ILLINOIS DEPARTMENT OF | ) |
| CORRECTIONS; GUY JOHNSON; | ) |
| JEFF McCHURCH; JEFF PAPISH; | ) |
| and ALBERT OSBORNE, | ) |
| | ) |
| Defendants. | ) |

**CERTIFICATE OF INTEREST**
[CDIL-LR 1.6(E)]

The undersigned, counsel of record for Plaintiff, Anthony Massaro, furnishes the following information in compliance with Local Rule 1.6(E):

1. The full name of every party or amicus the attorney represents in the case:
   Anthony Massaro

2. If such party or amicus is a corporation, state:

   a. Its parent corporation, if any; and
   b. A list of corporate stockholders which are publicly held companies owning 10 percent or more of the stock of the party or amicus.

   Not Applicable.

3. The names of all law firms whose partners or associates are expected to appear for Plaintiff in this court:

   STOERZBACH MORRISON, P.C.
   139 South Cherry Street, P. O. Box 1328
   Galesburg, IL  61402-1328

   s/ DANIEL S. ALCORN
   #06209425
   Attorney for Plaintiff
   STOERZBACH MORRISON, P.C.
   139 South Cherry Street
   P. O. Box 1328
   Galesburg, IL  61402-1328
   Telephone: 309/341-6000
   Telefax:    309/343-7500
   alcornd@galesburglaw.com