E-FILED
Tuesday, 25 October, 2005 08:44:24 AM
Clerk, U.S. District Court, ILCD

# EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## NOTICE OF RIGHT TO SUE
(Issued on request)

| To: | Anthony Massaro | From: | By |
|---|---|---|---|
| | 810a 2nd St. | Equal Employment Opportunity Commission | |
| | Colona, Illinois 61241 | Chicago District Office | |
| | | 500 West Madison, Suite 2800 | |
| | Certified: 7001 1940 0003 8829 2961 | Chicago, Illinois 60661 | |

[ ] On behalf of a person aggrieved whose identity is CONFIDENTIAL
(29 C.F.R. 1601.7(a))

| Charge Number | EEOC Representative | Telephone Number |
|---|---|---|
| 210-2005-06545 | Eileen Sotak, Enforcement Supervisor | (312) 353-1316 |

( See the additional information attached to this form )

**TO THE PERSON AGGRIEVED:** This is your NOTICE OF RIGHT TO SUE. It is issued at your request. If you intend to sue the respondent(s) named in your charge, YOU MUST DO SO WITHIN NINETY (90) DAYS OF YOUR RECEIPT OF THIS NOTICE. OTHERWISE YOUR RIGHT TO SUE IS LOST.

[ ] More than 180 days have expired since the filing of this charge.

[X] Less than 180 days have expired since the filing of this charge, but I have determined that the Commission will be unable to complete its process within 180 days from the filing of the charge.

[X] With the issuance of this NOTICE OF RIGHT TO SUE, the Commission is terminating its process with respect to this charge.

[ ] It has been determined that the Commission will continue to investigate your charge.

[ ] ADEA: While Title VII and the ADA require EEOC to issue this notice of right to sue before you can bring a lawsuit, you may sue under the Age Discrimination in Employment Act (ADEA) any time 60 days after your charge was filed until 90 days after you received notice that EEOC has completed action on your charge.

  [ ] Because EEOC is closing your case, your lawsuit under the ADEA must be brought within 90 days of your receipt of this notice. Otherwise, your right to sue is lost.

  [ ] EEOC is continuing its investigation. You will be notified when we have completed action and, if appropriate, our notice will include notice of right to sue under the ADEA.

[ ] EPA: While Title VII and the ADA require EEOC to issue this Notice of Right to Sue before you can bring a lawsuit, you already have the right to sue under the Equal Pay Act (EPA) (You are not required to complain to any enforcement agency before bringing an EPA suit in court). EPA suits must be brought within 2 years (3 years for willful violations) of the alleged EPA underpayment.

On Behalf of the Commission

7/26/05
(Date)

John P. Rowe, District Director

EXHIBIT A

Enclosures
  Information Sheet
  Copy of Charge

cc: Respondent(s)    Illinois Corrections Department

EEOC Form 161-D (Test 10/94)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form. | AGENCY<br>[ ] FEPA<br>[xx] EEOC | CHARGE NUMBER<br>210-2005-06545 |
|---|---|---|

EEOC

JUN 29 2005

| Mr. Anthony Massaro | (309) 796-0963 | |
|---|---|---|
| NAME: *(Indicate Mr., Ms., Mrs.)* | HOME TELEPHONE *(Include Area Code)* | |
| 810A – 2nd Street | Colona, IL 61241 | December 5, 1972 |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | DATE OF BIRTH |

**NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME** *(If more than one list below.)*

| NAME: | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE *(Include Area Code)* |
|---|---|---|
| Illinois Department of Corrections | Unknown, but in excess of statutory requirements | 217-522-2666 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 1301 Concordia Court<br>P. O. Box 19277 | Springfield, IL 62794-9277 | Sangamon |

| NAME: | NUMBER OF EMPLOYEES, MEMBERS | TELEPHONE *(Include Area Code)* |
|---|---|---|
| AFSCME Council 31 | Unknown, but in excess of statutory requirements | 217-788-2800 |

| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |
|---|---|---|
| 615 South Second Street | Springfield, IL 62701 | Sangamon |

| CAUSE OF DISCRIMINATION BASED ON *(Check Appropriate Box(es))* | DATE DISCRIMINATION TOOK PLACE |
|---|---|
| [ ] Race  [ ] Color  [x] Sex  [ ] Religion  [ ] National Origin<br>[x] Retaliation  [ ] Age  [ ] Disability  [ ] Other (Specify) | Earliest       Latest<br>7/2004<br>[x] Continuing Action |

THE PARTICULARS ARE:

See attached sheet.

**I WANT THIS CHARGE FILED WITH THE EEOC.** I will advise the EEOC if I change my address or telephone number and cooperate fully with it in the processing of my charge in accordance with their procedures.

I swear and affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

*[signature]* Anthony Massaro
Charging Party

STATE OF ILLINOIS   )
                    ) SS
COUNTY OF KNOX      )

I, the undersigned, a Notary Public in and for Knox County, Illinois, DO HEREBY CERTIFY that ANTHONY MASSARO is personally known to me to be the same person whose name is subscribed to the foregoing document and that he appeared before me this day in person and acknowledged that he signed the same as his free and voluntary act and deed.

Subscribed and sworn to before me this 23rd day of June, 2005.

*[signature]*
NOTARY PUBLIC

Daniel S. Alcorn
STOERZBACH MORRISON, P.C.
Attorney for Charging Party
P. O. Box 1328
139 S. Cherry Street
Galesburg, IL 61402-1328
Telephone: 309-341-6000
Telefax:   309-343-7500

OFFICIAL SEAL
CAROLYN A. HANSON
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES 1-11-2007

I have worked for the Illinois Department of Corrections as a correctional officer at the East Moline Correctional Center in East Moline, Illinois since September 15, 2003.

In the summer of 2004 (to the best of my recollection, July 2004) one of my superiors, Lt. Guy Johnson, began subjecting me to repeated unwanted sexual harassment. One of my assigned duties was to guard a dorm of prisoners and to obtain Lt. Johnson's signature on the logbook on a daily basis. Instead of signing the logbook and then going about his other duties, Lt. Johnson would stay in my work area for extended periods of time each day. On a daily basis, he would make numerous derogatory comments to me about homosexuals and would then question my sexual orientation. Lt. Johnson also repeatedly made degrading, sexually-oriented comments about me to other correctional officers. I initially attempted to ignore Lt. Johnson's harassment. After this behavior continued for more than a couple of days, I told Lt. Johnson that his remarks were unwelcome, offensive, and that I wanted the behavior to stop. Lt. Johnson ignored my repeated requests that the behavior stop, and he continued to subject me to daily sexual harassment and to make offensive comments about me to other officers. Lt. Johnson also became verbally abusive to me when I tried to ignore his comments. This behavior created a hostile working environment and has caused me extreme emotional distress.

About a month after the harassment began, I reported it to three other superior officers: Lt. Jeff McChurch, Sgt. Papish, and Sgt. Osborne. None of these three officers took my complaint to the proper authorities or addressed my concerns in any positive way. Not only did none of those three officers take any action to stop the abuse, they also began to make offensive sexual comments directly to me and about me to other correctional officers. Papish is the Vice-President of my union, AFSCME Council 31, and he has been the most vocal, offensive, and persistent of the three in his comments to me and about me.

Although none of the three correctional officers to whom I voiced my complaints notified the proper authorities, Internal Affairs became aware of the situation and conducted an investigation in the Spring of 2005. When it became know that Internal Affairs would be investigating, I was subjected to extreme and repeated intimidation from Lt. McChurch, Sgt. Papish, and Sgt. Osborne – each insisting that I lie to Internal Affairs about the fact that I had reported the harassment to them so that their employment would not be jeopardized and making it clear to me that I would suffer retaliation if I told Internal Affairs that the three of them were aware of the situation but took no corrective action. Sgt. Papish insisted on accompanying me as my union representative at my initial

1

interview with Internal Affairs, and because of the intimidation I was being subjected to and out of fear for my personal safety, I told Internal Affairs at that initial interview that I had not reported the abuse. Shortly thereafter, despite my fears, I again went to Internal Affairs and gave them the correct account of my attempts to stop the harassment through the proper chain of command.

The only action taken by the Department of Corrections as a result of the investigation was to change my work shift to a less favorable shift.

Despite my attempts to stop the harassment, it continues at this time. Lt. McChurch's work shift has also been changed so that I now must again work with him. I continue to be subjected to daily harassment and retaliation from other correctional officers, both superiors and my peers. My uniforms have been missing; my mail has been thrown in the trash; I receive almost daily prank telephone calls from other officers pretending to be gay (using effeminate voices, etc.); and when I ask other correctional officers for assistance, they refuse to help me. While some officers ignore me, some repeatedly tell sexually offensive jokes about me.

None of my attempts to stop the sexual harassment have been successful, and my union has failed in their duty to correct the situation. The sexual harassment and the retaliation against me for giving Internal Affairs information on the harassment continues on a daily basis.

**PRIVATE SUIT RIGHTS:**

This issuance of this Notice of Right to Sue ends EEOC's process with respect to your charge. You may file a lawsuit against the respondent named in your charge within 90 days from the date you receive this Notice. Therefore you should **keep a record of this date**. Once this 90-day period is over, your right to sue is lost. If you intend to consult an attorney, you should do so as soon as possible. Furthermore, in order to avoid any question that you did not act in a timely manner, if you intend to sue on your own behalf, your suit should be filed **well in advance of the expiration of the 90-day period**.

You may file your lawsuit in a court of competent jurisdiction. Filing this Notice is not sufficient. A court complaint must contain a short statement of the facts of your case which shows that you are entitled to relief. Generally, suits are brought in the state where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office.

You may contact EEOC if you have any questions about your rights, including advice on which court can hear your case, or if you need to inspect and copy information contained in the case file.

A lawsuit against a **private employer** is generally filed in the U.S. District Court.

A lawsuit under Title VII of the Civil Rights Act of 1964, as amended, against a **State agency or a political subdivision of the State** is also generally filed in the U.S. District Court.

However, a lawsuit under the Age Discrimination in Employment Act or the Americans with Disabilities Act or, probably, the Equal Pay Act against a **State instrumentality** (an agency directly funded and controlled by the State) **can only be filed in a State court.**

A lawsuit under the Age Discrimination in Employment Act or the Americans with Disabilities Act or the Equal Pay Act against a **political subdivision of the State**, such as municipalities and counties, may be filed in the U.S. District Court.

For a list of U.S. District Courts, please see reverse side.


**IF THE FIRST THREE CHARACTERS OF YOUR EEOC CHARGE NUMBER ARE "21B" AND YOUR CHARGE WAS INVESTIGATED BY THE ILLINOIS DEPARTMENT OF HUMAN RIGHTS (IDHR), REQUESTS FOR REVIEWING AND COPYING DOCUMENTS FROM YOUR FILE MUST BE DIRECTED TO IDHR.**


**ATTORNEY REPRESENTATION:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the court having jurisdiction in your case may, at its discretion, assist you in obtaining a lawyer. If you plan to ask the court to help you obtain a lawyer, you must make this request of the court in the form and manner it requires. Your request to the court should be made well before the end of the 90-day period mentioned above. A request for representation does not relieve you of the obligation to file a lawsuit within this 90-day period.


**DESTRUCTION OF FILE:**

If you file suit, you or your attorney should forward a copy of your court complaint to this office. Your file will then be preserved. Unless you have notified us that you have filed suit, your charge file could be destroyed as early as six months after the date of the Notice of Right to Sue.


**IF YOU FILE SUIT, YOU OR YOUR ATTORNEY SHOULD NOTIFY THIS OFFICE IN WRITING WHEN THE LAWSUIT IS RESOLVED.**

You have been notified of your right to file suit in Federal District Court. Suit is ordinarily filed in the District Court having jurisdiction of the county in which the employer, against whom you filed a charge of employment discrimination, is located. The telephone number listed for each District is that of the Clerk of the Court.

**U.S. District Court**
**Northern District of Illinois**
**Eastern Division at Chicago**
219 South Dearborn Street
Chicago, Illinois  60604
312/435-5670

<u>Counties</u>

| | |
|---|---|
| Cook | Kendall |
| DuPage | Lake |
| Grundy | LaSalle |
| Kane | Will |

**U.S. District Court**
**Northern District of Illinois**
**Western Division at Rockford**
211 South Court Street
Federal Building
Rockford, Illinois  61101
815/987-4355

<u>Counties</u>

| | |
|---|---|
| Boone | McHenry |
| Carroll | Ogle |
| DeKalb | Stephenson |
| JoDaviess | Whiteside |
| Lee | Winnebago |

**U.S. District Court**
**Southern District of Illinois**
750 Missouri Avenue
East St. Louis, Illinois  62201
618/482-9370

and

301 West Main Street
Benton, Illinois  62812
618/438-0671

<u>Counties</u>

| | |
|---|---|
| Alexander | Johnson |
| Bond | Lawrence |
| Calhoun | Madison |
| Clark | Marion |
| Clay | Massac |
| Clinton | Monroe |
| Crawford | Perry |
| Cumberland | Pope |
| Edwards | Pulaski |
| Effingham | Randolph |
| Fayette | Richland |
| Franklin | St. Clair |
| Gallatin | Saline |
| Hamilton | Union |
| Hardin | Wabash |
| Jackson | Washington |
| Jasper | Wayne |
| Jefferson | White |
| Jersey | Williamson |

**U.S. District Court**
**Central District of Illinois**
<u>**Urbana Division**</u>
201 South Vine
218 U.S. Courthouse
Urbana, Illinois 61801
217/373-5830

<u>Counties</u>

| | |
|---|---|
| Champaign | Kankakee |
| Coles | Macon |
| Douglas | Moultrie |
| Edgar | Piatt |
| Ford | Vermilion |
| Iroquois | |

<u>**Peoria Division**</u>

100 N.E. Monroe Street
135 Federal Building
Peoria, Illinois  61602
309/671-7117

<u>Counties</u>

| | |
|---|---|
| Bureau | McLean |
| Fulton | Peoria |
| Hancock | Putnam |
| Knox | Stark |
| Livingston | Tazewell |
| Marshall | Woodford |
| McDonough | |

<u>**Rock Island Division**</u>
211 - 19th Street
Rock Island, Illinois  61201
309/793-5778

<u>Counties</u>

| | |
|---|---|
| Henderson | Rock Island |
| Henry | Warren |
| Mercer | |

<u>**Springfield Division**</u>
600 East Monroe Street
Springfield, Illinois  62701
217/492-4020

<u>Counties</u>

| | | |
|---|---|---|
| Adams | Logan | Pike |
| Brown | Macoupin | Sangamon |
| Cass | Mason | Schuyler |
| Christian | Menard | Scott |
| DeWitt | Montgomery | Shelby |
| Greene | Morgan | |

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
### Chicago District Office

500 West Madison St., Suite 2800
Chicago, IL 60661
PH: (312) 353-2713
TDD: (312) 353-2421
ENFORCEMENT FAX: (312) 886-1168
LEGAL FAX: (312) 353-8555

# NOTICE OF DISCLOSURE RIGHTS

Parties to an EEOC charge are entitled to review and obtain copies of documents contained in their investigative file. Requests <u>should be made in writing</u> to **Sarita Gaddis** and mailed to the address above or faxed to **(312) 353-7623**.

If you are the Charging Party and a RIGHT TO SUE has been issued, you may be granted access to your file:

* <u>Before filing a lawsuit,</u> but within 90 days of your receipt of the Right to Sue, or

* <u>After your lawsuit has been filed.</u> If more than 90 days have elapsed since your receipt of the Right to Sue, include with your request a copy of the first page of your court complaint showing the docket number.

If you are the Respondent you may be granted access to the file <u>only after</u> a lawsuit has been filed. Include with your request a copy of the first page of the court complaint reflecting the docket number.

Pursuant to federal statutes, certain documents, such as those which reflect the agency's deliberative process, will not be disclosed to either party.

Before you can have access to the file you must sign an Agreement of Nondisclosure. (Statutes enforced by the EEOC prohibit the agency from making investigative information public.)

Your request for access to your file will generally be acted upon no later than ten (10) days from receipt of your request.

You can review the file in our offices <u>and/or</u> request that a copy of the file be sent to you. Files cannot be removed from the office. **If you want to review the file, you must make an appointment to do so.** You will be contacted to schedule an appointment.

Your file will be copied by Uniscribe, 300 West Adams Street, Suite 900, Chicago, Illinois, 60606. You are responsible for the copying costs and must sign an agreement to pay these costs before the file will be sent to Uniscribe. Therefore, <u>it is recommended that you first review your file</u> to determine whether you want all, or only some, of the documents copied. EEOC cannot provide a count of the pages contained in it. If you choose not to review your file, it will be sent <u>in its entirety</u> to the copy service <u>and you will be responsible for the cost.</u> Payment must be made directly to the Uniscribe.