IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| ANTHONY MASSARO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | No. 05-4087 |
| ) | |
| ILLINOIS DEPARTMENT OF ) | |
| CORRECTIONS; GUY JOHNSON; ) | |
| JEFF MCCHURCH; JEFF PAPISH; ) | |
| and ALBERT OSBORNE, ) | |
| ) | |
| Defendants. ) | |

## MOTION TO STRIKE

NOW COMES Defendant, ILLINOIS DEPARTMENT OF CORRECTIONS, by and through its attorney, Lisa Madigan, Illinois Attorney General, and for its Motion to Strike, pursuant to Rule 12(f) of the Federal Rules of Civil Procedure, states as follows:

1. Plaintiff filed this four-count Complaint on October 24, 2005, alleging employment discrimination and intentional infliction of emotional distress.

2. Plaintiff seeks punitive damages from Defendant Illinois Department of Corrections for the alleged violations of Title VII.

3. Punitive damages are not available from a public agency for violations of Title VII; therefore, Plaintiff's requests should be stricken as they are immaterial, unnecessary and not warranted by existing law.

4. Plaintiff also seeks punitive damages from Defendant Illinois Department of Corrections for a claim of intentional infliction of emotional distress; however, under Illinois law, punitive damages are not allowed for such a claim.

5. A memorandum of law in support of the instant motion is attached hereto and incorporated herein by reference.

WHEREFORE, for the foregoing reasons, Defendant respectfully requests this honorable Court grant its Motion to Strike.

        Respectfully submitted,

        ILLINOIS DEPARTMENT OF CORRECTIONS,

          Defendant,

        LISA MADIGAN, Attorney General,
        State of Illinois,

          Attorney for Defendant

By: s/ Sarah R. Kerley
    Sarah R. Kerley, #6283449
    Assistant Attorney General
    Attorney for Defendant
    500 South Second Street
    Springfield, Illinois 62706
    Telephone: (217) 782-9026
    Facsimile: (217) 524-5091
    E-Mail: skerley@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| ANTHONY MASSARO, )<br>)<br>Plaintiff, )<br>)<br>-vs- )<br>)<br>ILLINOIS DEPARTMENT OF )<br>CORRECTIONS; GUY JOHNSON; )<br>JEFF MCCHURCH; JEFF PAPISH; )<br>and ALBERT OSBORNE, )<br>)<br>Defendants. ) | No. 05-4087 |

## CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2005, I electronically filed Defendant's Motion to Strike with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Daniel S. Alcorn
alcornd@galesburglaw.com

and I hereby certify that on December 30, 2005, 2005, I mailed by United States Postal Service, the document(s) to the following non-registered participant(s):

None

Respectfully Submitted,

s/ Sarah R. Kerley
Sarah R. Kerley, #6283449
Assistant Attorney General
Attorney for Defendant
500 South Second Street
Springfield, Illinois 62706
Telephone: (217) 782-9026
Facsimile: (217) 524-5091
Email: skerley@atg.state.il.us