E-FILED
Friday, 30 December, 2005  03:04:20 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| ANTHONY MASSARO, | ) |
| Plaintiff, | ) ) ) |
| -vs- | ) No. 05-4087 |
| ILLINOIS DEPARTMENT OF CORRECTIONS; GUY JOHNSON; JEFF MCCHURCH; JEFF PAPISH; and ALBERT OSBORNE, | ) ) ) ) ) ) |
| Defendants. | ) |

### PARTIAL MOTION TO DISMISS

NOW COMES Defendant, ILLINOIS DEPARTMENT OF CORRECTIONS, by and through its attorney, Lisa Madigan, Illinois Attorney General, and for its Motion to Dismiss, pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, states as follows:

1. Plaintiff filed this four-count Complaint on October 24, 2005, alleging employment discrimination and intentional infliction of emotional distress.

2. Plaintiff's claim of intentional infliction of emotional distress under Illinois law against the Department of Corrections is barred by sovereign immunity.

3. Because the Court of Claims has exclusive jurisdiction over such claims, Count IV of Plaintiff's Complaint should be dismissed as this Court lacks subject matter jurisdiction over the claim.

4. Even if his claim for intentional infliction of emotional distress against the Illinois Department of Corrections is not barred by sovereign immunity, Plaintiff has failed to state a claim for which relief can be granted.

5.    A memorandum of law in support of the instant motion is attached hereto and incorporated herein by reference.

WHEREFORE, for the foregoing reasons, Defendant respectfully requests this honorable Court grant its Partial Motion to Dismiss.

    Respectfully submitted,

    ILLINOIS DEPARTMENT OF CORRECTIONS,

        Defendant,

    LISA MADIGAN, Attorney General,
    State of Illinois,

        Attorney for Defendant.

By:  s/ Sarah R. Kerley
    Sarah R. Kerley, #6283449
    Assistant Attorney General
    Attorney for Defendant
    500 South Second Street
    Springfield, Illinois  62706
    Telephone:  (217) 782-9026
    Facsimile:   (217) 524-5091
    E-Mail:  skerley@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| ANTHONY MASSARO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | No. 05-4087 |
| ) | |
| ILLINOIS DEPARTMENT OF ) | |
| CORRECTIONS; GUY JOHNSON; ) | |
| JEFF MCCHURCH; JEFF PAPISH; ) | |
| and ALBERT OSBORNE, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2005, I electronically filed Defendant's Motion to Dismiss with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Daniel S. Alcorn
alcornd@galesburglaw.com

and I hereby certify that on December 30, 2005, 2005, I mailed by United States Postal Service, the document(s) to the following non-registered participant(s):

None

Respectfully Submitted,

s/ Sarah R. Kerley
Sarah R. Kerley, #6283449
Assistant Attorney General
Attorney for Defendant
500 South Second Street
Springfield, Illinois  62706
Telephone:  (217) 782-9026
Facsimile:   (217) 524-5091
Email:  skerley@atg.state.il.us