UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| ANTHONY MASSARO, | ) |
| | ) |
|   Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) CASE NO. 05-4087 |
| ILLINOIS DEPARTMENT OF | ) |
| CORRECTIONS; GUY JOHNSON; | ) |
| JEFF McCHURCH;  JEFF PAPISH; | ) |
| and ALBERT OSBORNE, | ) |
| | ) |
|   Defendants. | ) |

## RESPONSE TO ILLINOIS DEPARTMENT OF CORRECTIONS' MOTION TO STRIKE

Now comes the Plaintiff, Anthony Massaro, by Stoerzbach Morrison, P.C., his attorneys, and for his Response to the Motion to Strike filed by Defendant Illinois Department of Corrections, states as follows:

Plaintiff concedes that Defendant's Motion is well taken to the extent it contends that punitive damages may not be recovered against the Illinois Department of Corrections under the Title VII claims in Counts I and II.

                                                Respectfully submitted,

                                                s/ DANIEL S. ALCORN
                                                #06209425
                                                Attorney for Plaintiff
                                                STOERZBACH MORRISON, P.C.
                                                139 South Cherry Street
                                                P. O. Box 1328
                                                Galesburg, IL  61402-1328
                                                Telephone:  309/341-6000
                                                Telefax:     309/343-7500
                                                alcornd@galesburglaw.com

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on January 13, 2006, he electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney for Defendant Illinois Department of Corrections, Sarah R. Kerley, Assistant Attorney General, 500 South Second Street, Springfield, IL 62706.

                                                 s/ DANIEL S. ALCORN
                                                 #06209425
                                                 Attorney for Plaintiff
                                                 STOERZBACH MORRISON, P.C.
                                                 139 South Cherry Street
                                                 P. O. Box 1328
                                                 Galesburg, IL 61402-1328
                                                 Telephone: 309/341-6000
                                               Telefax:    309/343-7500
                                                 alcornd@galesburglaw.com