UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| ANTHONY MASSARO, | ) |
| | ) |
|   Plaintiff, | ) |
| | ) |
| vs. | ) |
| | )   CASE NO. 05-4087 |
| ILLINOIS DEPARTMENT OF | ) |
| CORRECTIONS; GUY JOHNSON; | ) |
| JEFF McCHURCH;  JEFF PAPISH; | ) |
| and ALBERT OSBORNE, | ) |
| | ) |
|   Defendants. | ) |

## RESPONSE TO
## ILLINOIS DEPARTMENT OF CORRECTIONS'
## PARTIAL MOTION TO DISMISS

Now comes the Plaintiff, Anthony Massaro, by Stoerzbach Morrison, P.C., his attorneys, and for his Response to the Partial Motion to Dismiss filed by Defendant Illinois Department of Corrections, states as follows:

Plaintiff concedes that Defendant's Motion is well taken to the extent it contends that Plaintiff's intentional infliction of emotional distress claim in Count IV will not lie against the Illinois Department of Corrections.

    Respectfully submitted,

    s/ DANIEL S. ALCORN
    #06209425
    Attorney for Plaintiff
    STOERZBACH MORRISON, P.C.
    139 South Cherry Street
    P. O. Box 1328
    Galesburg, IL  61402-1328
    Telephone:  309/341-6000
    Telefax:     309/343-7500
    alcornd@galesburglaw.com

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on January 13, 2006, he electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney for Defendant Illinois Department of Corrections, Sarah R. Kerley, Assistant Attorney General, 500 South Second Street, Springfield, IL 62706.

                                        s/ DANIEL S. ALCORN
                                        #06209425
                                        Attorney for Plaintiff
                                        STOERZBACH MORRISON, P.C.
                                        139 South Cherry Street
                                        P. O. Box 1328
                                        Galesburg, IL  61402-1328
                                        Telephone:  309/341-6000
                                        Telefax:     309/343-7500
                                        alcornd@galesburglaw.com