AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Central | District of | Illinois |

Anthony Massaro

**SUMMONS IN A CIVIL ACTION**

V.

Illinois Department of Corrections; Guy Johnson;
Jeff McChurch; Jeff Papish; and Albert Osborne

CASE NUMBER:   05-4087

TO: (Name and address of Defendant)

Guy L. Johnson, Jr.
3 Hilltop Drive
Coal Valley, Illinois  61240

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Daniel S. Alcorn
Stoerzbach Morrison, P.C.
139 S. Cherry Street
P.O. Box 1328
Galesburg, IL  61402-1328

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

s/John M. Waters
_____
CLERK

January 4, 2006
_____
DATE

s/T. Peeples
_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE JAN. 11, 2006 |
|---|---|
| Service of the Summons and complaint was made by me[1] | |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| s/ Mike Clary    # 6077 | DEPUTY SHERIFF |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                    Date                        *Signature of Server*


                                          _____
                                          *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SHERIFF'S FEES**

Service and/or Return................................ $ _39.33_ —
Mileage, Postage, and/or Copies.................. $ _5._ — —
Total............................................................ $ _54.33_ —

I certify that I served this _Summons_ as directed as follows:

(check appropriate box and complete information below)

☑ (a) – (Individual – Personal):
By leaving a copy and a copy of the _Summons_ with each below-named individual personally.

☐ (b) – (Individual – Abode):
By leaving a copy and a copy of the _____ at the usual place of abode of each below-named individual with a person of his/her family, of the age of 13 years or upwards, informing that person of the contents and also by sending a copy of the _____ in a sealed envelope with the postage fully prepaid, addressed to each such individual at his/her usual place of abode.

☐ (c) – (Corporation):
By leaving a copy and a copy of the _____ with the registered agent, officer, or agent of each such corporation.

☐ (d) – (Other Service):

Name of Person _Guy Johnson_                    Name of Person _____
Name of other Person                            Name of other Person
Copy given to _SAME_                            Copy given to _____

Sex _M_ Race _W_ Approx. Age _55_              Sex ___ Race ___ Approx. Age ___

Place of Service _#3 Hilltop Drive_            Place of Service _____

_Coal Valley_                                   _____

Date of Service _1-11-06_ Time _1105_          Date of Service ___ Time ___

Date of Mailing _____                Date of Mailing _____

By __ s/ _M. Clary_  _#6077_, Deputy           By _____, Deputy

☐ (e) – (Not Found) :
The within named _____ not found in this County this _____

Day of _____, 20__. Reason: _____

_____. By _____, Deputy

_____Michael L. Grchan_____ Sheriff of Rock Island County.

**RETURN**