UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| ANTHONY MASSARO, | ) |
| | ) |
|   Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) CASE NO. 05-4087 |
| ILLINOIS DEPARTMENT OF | ) |
| CORRECTIONS; GUY JOHNSON; | ) |
| JEFF McCHURCH;  JEFF PAPISH; | ) |
| and ALBERT OSBORNE, | ) |
| | ) |
|   Defendants. | ) |

## CERTIFICATE OF SERVICE

The undersigned, counsel of record for Plaintiff Anthony Massaro, certifies that he served true and correct copies of the following documents on Defendants Guy Johnson, Jeff McChurch, Jeff Papish, and Albert Orsborn by first-class mail on January 16, 2006:

1. Partial Answer and Affirmative Defenses filed by Illinois Department of Corrections;
2. Partial Motion to Dismiss filed by Defendant Illinois Department of Corrections;
3. Memorandum of Law in Support of Partial Motion to Dismiss;
4. Motion to Strike filed by Defendant Illinois Department of Corrections;
5. Plaintiff's Response to Partial Motion to Dismiss;
6. Plaintiff's Response to Motion to Strike;
7. Plaintiff's Motion for Leave to File Amended Complaint; and
8. Amended Complaint.

    Respectfully submitted,

    s/ DANIEL S. ALCORN
    #06209425
    Attorney for Plaintiff
    STOERZBACH MORRISON, P.C.
    139 South Cherry Street
    P. O. Box 1328
    Galesburg, IL  61402-1328
    Telephone:  309/341-6000
    Telefax:     309/343-7500
    alcornd@galesburglaw.com

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on January 16, 2006, he electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney for Defendant Illinois Department of Corrections, Sarah R. Kerley, Assistant Attorney General, 500 South Second Street, Springfield, IL 62706.

                        s/ DANIEL S. ALCORN
                        #06209425
                        Attorney for Plaintiff
                        STOERZBACH MORRISON, P.C.
                        139 South Cherry Street
                        P. O. Box 1328
                        Galesburg, IL  61402-1328
                        Telephone:  309/341-6000
                        Telefax:       309/343-7500
                        alcornd@galesburglaw.com