IN UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| ANTHONY MASSARO, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ILLINOIS DEPARTMENT OF )<br>CORRECTIONS; GUY JOHNSON; )<br>JEFF McCHURCH;  JEFF PAPISH; )<br>and ALBERT OSBORNE, )<br>)<br>Defendants. ) | CASE NO. 05-4087 |

## NOTICE OF RULE 16 CONFERENCE

TO:   ILLINOIS DEPARTMENT OF CORRECTIONS
      GUY JOHNSON
      JEFF McCHURCH
      JEFF PAPISH
      ALBERT ORSBORN

YOU ARE HEREBY NOTIFIED that the Court entered a Text Order on January 24, 2006 setting a Rule 16 Scheduling Conference in this case for March 15, 2006 at 1:45 P.M. in person in chambers in Rock Island before Magistrate Judge John A. Gorman.

YOU ARE HEREBY FURTHER NOTIFIED that if an agreed discovery plan is filed by March 13, 2006 the Court will conduct the hearing telephonically.

s/ DANIEL S. ALCORN
#06209425
Attorney for Plaintiff
STOERZBACH MORRISON, P.C.
139 South Cherry Street
P. O. Box 1328
Galesburg, IL  61402-1328
Telephone:  309/341-6000
Telefax:      309/343-7500
alcornd@galesburglaw.com

## CERTIFICATE OF SERVICE ON INDIVIDUAL DEFENDANTS

    The undersigned hereby certifies that he served the foregoing Notice on the individual Defendants by enclosing copies of same in envelopes addressed as follows:

Guy L. Johnson, Jr.
xxxxx
Coal Valley, IL  61240

Jeff McChurch
xxxxx
Rock Island, IL  61201

Jeff Papish
xxxxx
Moline, IL  61265

Correctional Officer Albert Orsborn
xxxxx
xxxxx
East Moline, IL  61244

and by depositing said envelopes, with first-class postage fully prepaid, in the United States Mail at Galesburg, Illinois, on the 27th day of January, 2006.

    s/ DANIEL S. ALCORN
    #06209425
    Attorney for Plaintiff
    STOERZBACH MORRISON, P.C.
    139 South Cherry Street
    P. O. Box 1328
    Galesburg, IL  61402-1328
    Telephone:  309/341-6000
    Telefax:     309/343-7500
    alcornd@galesburglaw.com

**CERTIFICATE OF SERVICE**
**ON DEFENDANT ILLINIOS DEPARTMENT OF CORRECTIONS**

      The undersigned hereby certifies that on January 27, 2006, he electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney for Defendant Illinois Department of Corrections, Sarah R. Kerley, Assistant Attorney General, 500 South Second Street, Springfield, IL 62706.

                                         s/ DANIEL S. ALCORN
                                         #06209425
                                         Attorney for Plaintiff
                                         STOERZBACH MORRISON, P.C.
                                         139 South Cherry Street
                                         P. O. Box 1328
                                         Galesburg, IL 61402-1328
                                         Telephone: 309/341-6000
                                         Telefax:    309/343-7500
                                         alcornd@galesburglaw.com