# UNITED STATES DISTRICT COURT

| CENTRAL | DISTRICT OF | ILLINOIS |

ANTHONY MASSARO,

   Plaintiff,

v.

ILLINOIS DEPARTMENT OF CORRECTIONS, GUY JOHNSON, JEFF McCHURCH, JEFF PAPISH, and ALBERT OSBORNE,

   Defendants.

## APPEARANCE

Case Number: 05-4087

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant GUY JOHNSON

I certify that I am admitted to practice in this court.

| 2/16/2006 | *[signature]* | |
|---|---|---|
| Date | Signature | |
| | Jonathan C. Goldman | 06210828 |
| | Print Name | Bar Number |
| | 19 S LaSalle St, Ste 1500 | |
| | Address | |
| | Chicago / IL / 60603 | |
| | City / State / Zip Code | |
| | (312) 332-6733 | (312) 332-4629 |
| | Phone Number | Fax Number |