E-FILED
Friday, 17 February, 2006  09:52:47 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| ANTHONY MASSARO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 05-4087 |
| ) | |
| ILLINOIS DEPARTMENT OF ) | |
| CORRECTIONS, GUY JOHNSON, ) | |
| JEFF McCHURCH, JEFF PAPISH, ) | |
| and ALBERT OSBORNE, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF FILING

TO:  Daniel S. Alcorn, Esq.              Mark D. Churchill, Esq.
     STOERZBACH MORRISON PC              CHURCHILL & CHURCHILL
     139 South Cherry Street             1610 5th Avenue
     PO Box 1328                         Moline, IL 61265
     Galesburg, IL 61402-1328

     Sarah R. Kerley, Esq.
     ILLINOIS ATTORNEY GENERAL
     500 South Second Street
     Springfield, IL 62706

**PLEASE TAKE NOTICE** that on the 16th day of February 2006, we filed our APPEARANCE in the United States District Court for the Central District of Illinois, Rock Island Division, a copy of which is attached hereto.

_____
Jonathan C. Goldman of Goldman & Ehrlich, as attorney for Defendant GUY JOHNSON

## PROOF OF SERVICE

I hereby certify that on February 16, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following parties: Daniel S. Alcorn, Esq., Mark D. Churchill, Esq. and Sarah R. Kerley, Esq.

_____
Jonathan C. Goldman of Goldman & Ehrlich, as attorney for Defendant GUY JOHNSON

LAW OFFICES
**GOLDMAN & EHRLICH**
19 SOUTH LA SALLE STREET
SUITE 1500
CHICAGO, ILLINOIS 60603
(312)332-6733

ARDC # 06210828