UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| ANTHONY MASSARO, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 05-4087 |
| ILLINOIS DEPARTMENT OF CORRECTIONS, GUY JOHNSON, JEFF McCHURCH, JEFF PAPISH, and ALBERT OSBORNE, | ) ) ) ) ) ) |
| DEFENDANTS. | ) |

**DEFENDANT GUY JOHNSON'S AGREED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

NOW COMES Defendant GUY JOHNSON, by and through his undersigned attorney, Jonathan C. Goldman of Goldman & Ehrlich, and as his Agreed Motion for Extension of Time to Answer or Otherwise Plead states as follows:

1. Defendant Guy Johnson ("Johnson") is a former employee of the Illinois Department of Corrections. He has been named individually in this case.

2. On January 13, 2006, this court ordered Johnson to file an answer to the Complaint by January 31, 2006.

3. On January 16, 2006, Plaintiff filed an amended Complaint.

4. On February 16, 2006, Johnson retained the undersigned attorney to represent him in this case.

5. Johnson seeks to and until March 8, 2006 to file a responsive pleading.

6. Plaintiff's attorney, Daniel Alcorn has indicated that he has no objection to this motion.

WHEREFORE, Defendant Guy Johnson respectfully moves this Court to enter an Order granting him to and until March 8, 2006 to answer or otherwise plead.

/s/ Jonathan C. Goldman
DEFENDANT GUY JOHNSON
by JONATHAN C. GOLDMAN

LAW OFFICES
GOLDMAN & EHRLICH
19 SOUTH LA SALLE STREET
SUITE 1500
CHICAGO, ILLINOIS 60603
(312)332-6733

ARDC # 06210828