UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| ANTHONY MASSARO, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ILLINOIS DEPARTMENT OF )<br>CORRECTIONS, GUY JOHNSON, )<br>JEFF McCHURCH, JEFF PAPISH, )<br>and ALBERT OSBORNE, )<br>)<br>Defendants. ) | Case No. 05-4087 |

## NOTICE OF MOTION

TO: Daniel S. Alcorn, Esq.          Mark D. Churchill, Esq.
    STOERZBACH MORRISON PC          CHURCHILL & CHURCHILL
    139 South Cherry Street         1610 5th Avenue
    PO Box 1328                     Moline, IL 61265
    Galesburg, IL 61402-1328

Sarah R. Kerley, Esq.
ILLINOIS ATTORNEY GENERAL
500 South Second Street
Springfield, IL 62706

PLEASE TAKE NOTICE that on the 1st day of March 2006, we filed DEFENDANT GUY JOHNSON'S AGREED MOTION TO FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD in the United States District Court for the Central District of Illinois, Rock Island Division, a copy of which is attached hereto.

/s/ Jonathan C. Goldman
Jonathan C. Goldman of Goldman & Ehrlich, as
attorney for Defendant GUY JOHNSON

## PROOF OF SERVICE

I hereby certify that on March 1, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following parties: Daniel S. Alcorn, Esq., Mark D. Churchill, Esq. and Sarah R. Kerley, Esq.

/s/ Jonathan C. Goldman
Jonathan C. Goldman of Goldman & Ehrlich, as
attorney for Defendant GUY JOHNSON

LAW OFFICES
GOLDMAN & EHRLICH
19 SOUTH LA SALLE STREET
SUITE 1500
CHICAGO, ILLINOIS 60603
(312)332-6733

ARDC # 06210828