E-FILED
Wednesday, 08 March, 2006  11:52:47 AM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**ROCK ISLAND DIVISION**

| | |
|---|---|
| **ANTHONY MASSARO,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
| **v.** | )    **Case No. 05-4087** |
| | ) |
| **ILLINOIS DEPARTMENT OF** | ) |
| **CORRECTIONS, GUY JOHNSON,** | ) |
| **JEFF McCHURCH, JEFF PAPISH,** | ) |
| **and ALBERT OSBORNE,** | ) |
| | ) |
|     **Defendants.** | ) |

## NOTICE OF FILING

**TO:**    Daniel S. Alcorn, Esq.        Mark D. Churchill, Esq.
STOERZBACH MORRISON PC     CHURCHILL & CHURCHILL
139 South Cherry Street          1610 5th Avenue
PO Box 1328                 Moline, IL 61265
Galesburg, IL 61402-1328

Sarah R. Kerley. Esq.
ILLINOIS ATTORNEY GENERAL
500 South Second Street
Springfield, IL 62706

     **PLEASE TAKE NOTICE** that on the 8st day of March 2006, we filed DEFENDANT GUY JOHNSON'S ANSWER TO AMENDED COMPLAINT in the United States District Court for the Central District of Illinois, Rock Island Division, a copy of which is attached hereto.

LAW OFFICES
**GOLDMAN & EHRLICH**
19 SOUTH LA SALLE STREET
SUITE 1500
CHICAGO, ILLINOIS 60603
(312)332-6733

ARDC # 06210828

/s/ Jonathan C. Goldman
Jonathan C. Goldman of Goldman & Ehrlich, as attorney for Defendant GUY JOHNSON

## PROOF OF SERVICE

     I hereby certify that on March 8, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following parties: Daniel S. Alcorn, Esq., Mark D. Churchill, Esq. and Sarah R. Kerley, Esq.

/s/ Jonathan C. Goldman
Jonathan C. Goldman of Goldman & Ehrlich, as attorney for Defendant GUY JOHNSON