E-FILED
Friday, 10 March, 2006  04:37:03 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| ANTHONY MASSARO, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | CASE NO. 05-4087 |
| ILLINOIS DEPARTMENT OF ) | |
| CORRECTIONS; GUY JOHNSON; ) | |
| JEFF McCHURCH; JEFF PAPISH; ) | |
| and ALBERT OSBORNE, ) | |
| ) | |
|    Defendants. ) | |

### REPORT OF RULE 26(f) PLANNING MEETING

Counsel of record for Plaintiff and Defendants have met pursuant to Fed. R. Civ. P. 16 and 26(f) to discuss the nature and basis of their claims and defenses and the possibilities for prompt settlement or resolution of the case, to arrange for the disclosures required by Rule 26(a)(1), and to develop a proposed discovery plan and scheduling order, which is set forth below.

**A.    RULE 26(f) DISCOVERY PLAN**

     **1.**    **Rule 26(a) Disclosures.**    The parties shall make their initial Rule 26(a) disclosures by April 14, 2006.

     **2.**    **Subjects of Discovery.**    Plaintiff asserts that he will require discovery relating to at least the following subjects:

          a.    Defendant Illinois Department of Corrections' policies and practices concerning sexual harassment in the work place;

          b.    Reports made to the Illinois Department of Corrections regarding sexual harassment of Plaintiff;

          c.    Defendant Illinois Department of Corrections' response to any such reports;

  d. Any investigation into reports of sexual harassment of Plaintiff;

  e. Circumstances and actions which would have constituted sexual harassment of the Plaintiff in the workplace;

  f. Reports of sexual harassment in the workplace made by any other employees of Defendant Illinois Department of Corrections and any investigation made into those reports; and

  g. The extent and nature of any defenses asserted by Defendants.

Defendants assert that they will require discovery relating to at least the following subjects:

  a. The nature and extent of Plaintiff's claims; and

  b. Whether Plaintiff suffered damages and, if so, the manner in which he calculates the same.

**3.** **Proposed Changes to Discovery Limitations and Rules.** The parties do not desire to make any changes in the limitations on discovery imposed by the Federal Rules of Civil Procedure or the local rules of this Court.

**4.** **Other Matters.**

  a. **Referral to Magistrate**. At this time there is no agreement between the parties to consent to trial, disposition and judgment by a United States Magistrate Judge with appeal to the Seventh Circuit Court of Appeals pursuant to 28 U.S.C. §636(a)(3).

  b. **Alternative Dispute Resolution.** At this time, the parties do not consent to arbitration, summary jury trial or reference to a special master, but will consider methods of alternative dispute resolution after conducting discovery.

  c. **Settlement Efforts.** The parties have engaged in good-faith settlement discussions. Settlement efforts have been unsuccessful but continue.

  d. **Jury Demand.** A jury trial has been demanded.

  e. **Estimated Length of Trial.** The parties estimate that this litigation will take five trial days, including opening statements, closing arguments and jury instructions.

  f. **Protective Order.** The parties agree that certain aspects of discovery in this case may need to be governed by a protective order, but that has not

2

yet been determined by the parties. If the parties believe it to be appropriate, the parties will submit a proposed protective order. If the parties are unable to arrive at an agreed protective order, then any party may present the matter to the court for resolution by submitting its own proposed protective order, along with a memorandum in support of its proposed order, and the Court thereafter will hold a conference with the parties to resolve the differences between the parties.

**B.    SCHEDULING DEADLINES.** The parties propose the following scheduling deadlines for this lawsuit.

1.  **Pleadings.**

    a.  The deadline for adding parties under Fed. R. Civ. P. 13, 14 and 19 shall be May 15, 2006.

    b.  Amendment of pleadings shall be completed by November 1, 2006.

2.  **Discovery.**

    a.  Plaintiff shall disclose his expert witnesses in accordance with Rule 26(a)(2) on or before September 15, 2006;

    b.  Defendants shall disclose their expert witnesses in accordance with Rule 26(a)(2) on or before October 16, 2006; and

    c.  All discovery shall be completed by February 15, 2007.

3.  **Dispositive Motions.**  The deadline for filing dispositive motions shall be April 13, 2007.

4.  **Final Pretrial Order.**  The final pretrial order required by the Local Rule of the United States Court for the Central District of Illinois shall be filed no later than forty-five (45) days following the Court's ruling on any dispositive motions concerning liability. If no dispositive motions are filed, the final pretrial order shall be filed by May 15, 2007.

DATED: March 10, 2006.

3

FOR PLAINTIFF:

s/ DANIEL S. ALCORN  
#06209425  
STOERZBACH MORRISON, P.C.  
139 South Cherry Street  
P. O. Box 1328  
Galesburg, IL  61402-1328  
Telephone:  (309) 341-6000  
Telefax:     (309) 343-7500  
alcornd@galesburglaw.com

FOR DEFENDANT ILLINOIS DEPARTMENT OF CORRECTIONS:

s/ SARAH R. KERLEY  
#6283449  
Assistant Attorney General  
500 South Second Street  
Springfield, IL  62706  
Telephone:  (217) 782-9026  
Telefax:     (217) 524-5091  
skerley@atg.state.il.us

FOR DEFENDANT ALBERT ORSBORNE:

s/ MARK D. CHURCHILL  
#188372  
Churchill & Churchill, P.C.  
1610 Fifth Avenue  
Moline, IL  61265  
Telephone:  (309) 762-3643  
Telefax:     (309) 762-4690  
cclaw@churchillfirm.com

FOR DEFENDANTS JEFF McCHURCH AND JEFF PAPISH:

s/ STEPHEN T. FIEWEGER  
Katz, Huntoon & Fieweger, P.C.  
1000 – 36th Avenue  
P. O. Box 950  
Moline, IL  61266-0950  
Telephone:  (309) 797-3000  
Telefax:     (309) 797-3330  
stfieweger@katzlawfirm.com

FOR DEFENDANT GUY JOHNSON

s/ JONATHAN C. GOLDMAN
#06210828
Goldman & Ehrlich
19 South LaSalle Street
Suite 1500
Chicago, IL   60603
Telephone:  (312) 332-6733
Telefax:      (312) 332-4629
jon@goldmanehrlich.com