**E-FILED**
Tuesday, 21 March, 2006  01:54:51 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | | |
|---|---|---|
| ANTHONY MASSARO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 05-4087 |
| | ) | |
| ILLINOIS DEPARTMENT OF | ) | |
| CORRECTIONS; GUY JOHNSON; | ) | |
| JEFF McCHURCH; JEFF PAPISH; | ) | |
| and ALBERT OSBORNE, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for defendants Jeff McChurch and Jeff

Papish.

I certify that I am admitted to practice in this court.

Dated:  March 21, 2006

By: /s/Stephen T. Fieweger

For:
KATZ, HUNTOON & FIEWEGER, P.C.
Attorneys for Defendants Jeff Papish and Jeff McChurch
1000 - 36th Avenue
P.O. Box 950
Moline, IL 61266-0950
Telephone:  309-797-3000
Fax:  309-797-2167
Email: stfieweger@katzlawfirm.com

2

### CERTIFICATE OF SERVICE

I hereby certify on March 21, 2006, I electronically filed defendants' Notice of Appearance using the CM/ECF System which will send notification of this filing to the following:

Daniel S. Alcorn
Attorney for Anthony Massaro
Stoerzbach Morrison, P.C.
139 South Cherry Street
Galesburg, IL  61402-1328
alcornd@galesburglaw.com

Mark D. Churchill
Attorney for Albert Osborne
Churchill & Churchill
1610 5th Avenue
Moline, IL  61265
cclaw@churchillfirm.com

Jonathan C. Goldman
Attorney for Guy Johnson
Goldman & Ehrlich
19 S. LaSalle St., Suite 1500
Chicago, IL  60603
jon@goldmanehrlich.com

Sarah R. Kerley
Attorney for IDOC
Illinois Attorney General
500 S. Second Street
Springfield, IL  62706
skerley@atg.state.il.us

I hereby certify that on March 21, 2006, I mailed by United States Postal Service, documents to the following non-registered participants:

None.

By: /s/  Stephen T. Fieweger

s:\wp\worddoc\12743001.03N