UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| ANTHONY MASSARO, )<br>)<br>   Plaintiff, )<br>)<br>vs. )<br>)   CASE NO. 05-4087<br>ILLINOIS DEPARTMENT OF )<br>CORRECTIONS; GUY JOHNSON; )<br>JEFF McCHURCH; JEFF PAPISH; )<br>and ALBERT OSBORNE, )<br>)<br>   Defendants. ) | |

## CERTIFICATE OF SERVICE

On April 12, 2006, the undersigned, counsel of record for Plaintiff, served upon the attorneys for Defendants initial disclosures in compliance with Rule 26(a) Fed.R.Civ.P., by United States Mail in envelopes addressed as follows:

Ms. Sarah R. Kerley  
Assistant Attorney General  
500 South Second Street  
Springfield, IL 62706  

Mr. Stephen T. Fieweger  
Katz, Huntoon & Fieweger, P.C.  
1000 – 36th Avenue, P. O. Box 950  
Moline, IL 61266-0950  

Mr. Mark D. Churchill  
Churchill & Churchill, P.C.  
1610 Fifth Avenue  
Moline, IL 61265  

Mr. Jonathan C. Goldman  
Goldman & Ehrlich  
19 South LaSalle Street, Suite 1500  
Chicago, IL 60603  

Anthony Massaro, Plaintiff

s/ DANIEL S. ALCORN  
#06209425  
STOERZBACH MORRISON, P.C.  
139 South Cherry Street  
P. O. Box 1328  
Galesburg, IL 61402-1328  
Telephone: (309) 341-6000  
Telefax:   (309) 343-7500  
alcornd@galesburglaw.com

## PROOF OF SERVICE

      The undersigned hereby certifies that on April 12, 2006, he electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys for the Defendants: Sarah R. Kerley, Assistant Attorney General, 500 South Second Street, Springfield, IL  62706; Mark D. Churchill, Churchill & Churchill, P.C., 1610 Fifth Avenue, Moline, IL  61265; Stephen T. Fieweger, Katz, Huntoon & Fieweger, P.C., 1000 – 36th Avenue, P. O. Box 950, Moline, IL  61266-0950; and Jonathan C. Goldman, Goldman & Ehrlich, 19 South LaSalle Street, Suite 1500, Chicago, IL  60603.

          s/ Daniel S. Alcorn, #06209425
          Attorney for Plaintiff
          STOERZBACH MORRISON, P.C.
          139 South Cherry Street
          P. O. Box 1328
          Galesburg, IL  61402-1328
          Telephone:  309/341-6000
          Telefax:     309/343-7500
          alcornd@galesburglaw.com