E-FILED
Friday, 14 April, 2006  11:27:46 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| ANTHONY MASSARO, | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) NO. 05-4087 |
| vs. | ) |
| | ) |
| ILLINOIS DEPARTMENT OF | ) |
| CORRECTIONS; GUY JOHNSON; | ) |
| JEFF MCCHURCH; JEFF PAPISH; | ) |
| AND ALBERT ORSBORNE | ) |
| | ) |
| Defendants | ) |

**CERTIFICATE OF SERVICE**

On April 14, 2006, the undersigned, counsel of record for Plaintiff, ALBERT ORSBORNE, served upon the attorneys of record Defendant Albert Orsborne's Rule 26 Disclosures by mailing a true copy thereof with postage prepaid, and by depositing such document in an envelope addressed to the following persons in a U.S. Post Office Mail Box in the City of Moline, Illinois, as follows:

Daniel S. Alcorn
Stoerzbach Morrison, PC
139 S. Cherry Street
P.O. Box 1328
Galesburg, IL 61402-1328

Sarah R. Kerley
Assistant Attorney General
500 S. Second Street
Springfield, IL 62706

Stephen T. Fieweger
Katz, Huntoon & Fieweger PC
1000 36th Avenue
P.O. Box 950
Moline, IL 61266-0950

Jonathan C. Goldman
Goldman & Ehrlich
19 S. LaSalle Street
Suite 1500
Chicago, IL 60603

ALBERT ORSBORNE, Defendant,

By: s/ Mark D. Churchill
Mark D. Churchill Bar #188372
Attorney for Defendant
Churchill & Churchill, P.C.
1610 Fifth Avenue
Moline, IL 61265
Telephone: (309) 762-3643
Fax: (309) 762-4690
E-mail: cclaw@churchillfirm.com

- 2-

**PROOF OF SERVICE**

    I hereby certify that on April 14, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Daniel S. Alcorn, Sarah Kerley, Stephen Fieweger, and Jonathan Goldman.

                        s/ Mark D. Churchill
                        Mark D. Churchill Bar #188372
                        Attorney for Defendant
                        Churchill & Churchill, P.C.
                        1610 Fifth Avenue
                        Moline, IL  61265
                        Telephone: (309) 762-3643
                        Fax:  (309) 762-4690
                        E-mail: cclaw@churchillfirm.com