**E-FILED**
Tuesday, 06 June, 2006 09:42:35 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

ANTHONY MASSARO,

Plaintiff,

vs. No. 05-4087

ILLINOIS DEPARTMENT OF CORRECTIONS; GUY JOHNSON; JEFF McCHURCH; JEFF PAPISH; and ALBERT OSBORNE,

Defendants.

**ANSWER AND AFFIRMATIVE DEFENSES TO AMENDED COMPLAINT**

Now come the defendants Jeff McChurch and Jeff Papish, by and through their attorneys, Katz, Huntoon & Fieweger, P.C., and for their Answer to the Amended Complaint state in support thereof as follows:

**COMMON COUNT**

**A. Jurisdiction and Venue.**

1. Admit.

2. Deny.

3. Admit.

**B. The Parties.**

1. Admit.

2. Admit.

3. Admit.

4. Admit.

5. Admit.

6. Deny.

7. Deny.

8. Deny.

**C. Factual Averments.**

1. Deny.

2. Deny.

3. Deny.

4. Deny.

5. Deny.

6. Deny.

7. Deny.

8. Deny.

9. Deny each and every allegation contained in paragraph 9, including subparagraphs (a) through (u) therein.

10. Deny.

11. Deny.

12. Deny.

**COUNT I - TITLE VII (SEXUAL HARASSMENT)**

**(Against Illinois Department of Corrections)**

Defendants McChurch and Papish file no answer to Count I in that it is not directed against them but to the extent that it could be construed as being directed against them, deny all allegations contained in Count I.

**COUNT II - TITLE VII (RETALIATION)**

**(Against Illinois Department of Corrections)**

Defendants McChurch and Papish file no answer to Count II in that it is not directed against them but to the extent that it could be construed as being directed against them, deny all allegations contained in Count II.

**COUNT III - 42 U.S.C. § 1983**

**(Against Johnson, McChurch, Papish and Osborne)**

1. Defendants McChurch and Papish hereby repeat their answer to the allegations of the Common Count as their answer to paragraph 1 of Count III.

2. Deny.

3. Deny.

**AFFIRMATIVE DEFENSES**

By way of Affirmative Defenses, defendants McChurch and Papish hereby state as follows:

1. The above set forth facts fail to state a cause of action entitling the plaintiff to any relief.

2. That the acts of McChurch were subject to qualified privilege.

3. That the acts of Papish were subject to qualified privilege.

4. That the acts occurred more than 360 days prior to the filing of his Charge of Discrimination and are untimely and dismissed for statute of limitation grounds.

WHEREFORE, defendants Jeff McChurch and Jeff Papish hereby request this court enter an order dismissing with prejudice the above-captioned cause of action and ordering the plaintiff Anthony Massaro to pay their attorneys' fees pursuant to 42 U.S.C. § 1988, and grant such other and further relief the court deems necessary and appropriate.

**COUNT IV - INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS**

**(Against Johnson, McChurch, Papish and Osborne)**

1. Defendants McChurch and Papish repeat and reallege their answers to the allegations in the Common Count as their answer to paragraph 1 of Count IV.

2. Deny.

**AFFIRMATIVE DEFENSES**

1. Count IV fails to state sufficient facts to state a cause of action.

2. That the conduct of Guy Johnson cannot be attributed to these defendants to support a claim for intentional infliction of emotional distress and that the conduct of these defendants does not rise to a level to state a cause of action.

JEFF PAPISH and JEFF McCHURCH,
Defendants

By: /s/Stephen T. Fieweger

For:
KATZ, HUNTOON & FIEWEGER, P.C.
Attorneys for Defendants Jeff Papish and Jeff McChurch
1000 - 36th Avenue
P.O. Box 950
Moline, IL 61266-0950
Telephone: 309-797-3000
Fax: 309-797-2167
Email: sfieweger@katzlawfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify on June 6, 2006, I electronically filed defendants' Answer and Affirmative Defenses to Complaint with the Clerk of the Court using the CM/ECF System which will send notification of this filing to the following:

Daniel S. Alcorn
Attorney for Anthony Massaro
Stoerzbach Morrison, P.C.
139 South Cherry Street
Galesburg, IL 61402-1328
alcornd@galesburglaw.com

Mark D. Churchill
Attorney for Albert Osborne
Churchill & Churchill
1610 5th Avenue
Moline, IL 61265
cclaw@churchillfirm.com

Jonathan C. Goldman
Attorney for Guy Johnson
Goldman & Ehrlich
19 S. LaSalle St., Suite 1500
Chicago, IL 60603
jon@goldmanehrlich.com

Sarah R. Kerley
Attorney for IDOC
Illinois Attorney General
500 S. Second Street
Springfield, IL 62706
skerley@atg.state.il.us

I hereby certify that on June 6, 2006, I mailed by United States Postal Service, documents to the following non-registered participants:

None

By: /s/Stephen T. Fieweger

s:\wp\worddoc\12743001.07A