```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE CENTRAL DISTRICT OF ILLINOIS
                 ROCK ISLAND DIVISION
```

ANTHONY MASSARO,                    )
                                    )
                                    )
         Plaintiff,                 )
                                    ) NO. 05-4087
    vs.                             )
                                    )
ILLINOIS DEPARTMENT OF              )
CORRECTIONS; GUY JOHNSON;           )
JEFF MCCHURCH; JEFF PAPISH;         )
AND ALBERT ORSBORN                  )
                                    )
         Defendants                 )

**NOTICE OF DISCOVERY DEPOSITION**

TO:  Daniel S. Alcorn, 139 S. Cherry St., Galesburg, IL 61402
     Sarah R. Kerley, 500 S. Second Street, Springfield, IL 62706
     Stephen T. Fieweger, 1000 36th Ave., Moline, IL 61265
     Jonathan C. Goldman, 19 S. LaSalle St., Chicago, IL 60603

   YOU ARE HEREBY NOTIFIED that on Tuesday, the 8th day of August, A.D. 2006, at the hour of 9:30 o'clock A.M., we demand and shall cause to be taken the discovery deposition of ANTHONY MASSARO before a court reporter of Kelly Reporting or any other Notary Public in Rock Island County, Illinois, at the offices of Katz, Huntoon & Fieweger, PC, 1000 36th Avenue, Moline, IL, upon oral interrogatories, pursuant to the provisions of the Civil Practice Act and Rules of the Supreme Court of Illinois, at which time and place said deponent shall appear.

   Dated at Moline, Illinois, this 30th day of June, A.D. 2006.

                         ALBERT ORSBORN, Defendant,

                         By:  s/ Mark D. Churchill
                              Mark D. Churchill Bar #188372
                              Attorney for Defendant
                              Churchill & Churchill, P.C.
                              1610 Fifth Avenue
                              Moline, IL  61265
                              Telephone: (309) 762-3643
                              Fax:  (309) 762-4690
                              E-mail: cclaw@churchillfirm.com

- 2-

**PROOF OF SERVICE**

    I hereby certify that on June 30, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Daniel S. Alcorn, Sarah Kerley, Stephen Fieweger, and Jonathan Goldman.

    s/ Mark D. Churchill
Mark D. Churchill Bar #188372
Attorney for Defendant
Churchill & Churchill, P.C.
1610 Fifth Avenue
Moline, IL  61265
Telephone: (309) 762-3643
Fax:  (309) 762-4690
E-mail: cclaw@churchillfirm.com