UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| ANTHONY MASSARO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) CASE NO. 05-4087 |
| ILLINOIS DEPARTMENT OF | ) |
| CORRECTIONS; GUY JOHNSON; | ) |
| JEFF McCHURCH; JEFF PAPISH; | ) |
| and ALBERT OSBORNE, | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

The undersigned, counsel of record for Plaintiff, certifies that he served true and correct copies of the following document on the attorneys for Defendants:

Response to Defendant Guy Johnson's
First Request for Production of Documents to Plaintiff

by enclosing same in envelopes addressed as follows:

Ms. Sarah R. Kerley  
Assistant Attorney General  
500 South Second Street  
Springfield, IL 62706

Mr. Stephen T. Fieweger  
Katz, Huntoon & Fieweger, P.C.  
1000 – 36th Avenue, P. O. Box 950  
Moline, IL 61266-0950

Mr. Mark D. Churchill  
Churchill & Churchill, P.C.  
1610 Fifth Avenue  
Moline, IL 61265

Mr. Jonathan C. Goldman  
Goldman & Ehrlich  
19 South LaSalle Street, Suite 1500  
Chicago, IL 60603

and by depositing said envelopes, with first-class postage fully prepaid, in the United States mail at Galesburg, Illinois, on the 30th day of June, 2006.

Anthony Massaro, Plaintiff

s/ DANIEL S. ALCORN  
#06209425  
STOERZBACH MORRISON, P.C.  
139 South Cherry Street  
P. O. Box 1328  
Galesburg, IL 61402-1328  
Telephone: (309) 341-6000  
Telefax: (309) 343-7500  
alcornd@galesburglaw.com

## PROOF OF SERVICE

      The undersigned hereby certifies that on June 30, 2006, he electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys for the Defendants: Sarah R. Kerley, Assistant Attorney General, 500 South Second Street, Springfield, IL  62706; Mark D. Churchill, Churchill & Churchill, P.C., 1610 Fifth Avenue, Moline, IL  61265; Stephen T. Fieweger, Katz, Huntoon & Fieweger, P.C., 1000 – 36th Avenue, P. O. Box 950, Moline, IL  61266-0950; and Jonathan C. Goldman, Goldman & Ehrlich, 19 South LaSalle Street, Suite 1500, Chicago, IL  60603.

                                                 s/ Daniel S. Alcorn, #06209425
                                                 Attorney for Plaintiff
                                                 STOERZBACH MORRISON, P.C.
                                                 139 South Cherry Street
                                                 P. O. Box 1328
                                                 Galesburg, IL  61402-1328
                                                 Telephone:  309/341-6000
                                                 Telefax:     309/343-7500
                                                 alcornd@galesburglaw.com