IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| ANTHONY MASSARO, ) | |
| ) | |
| Plaintiff, ) | |
| ) NO. 05-4087 | |
| vs. ) | |
| ) | |
| ILLINOIS DEPARTMENT OF ) | |
| CORRECTIONS; GUY JOHNSON; ) | |
| JEFF MCCHURCH; JEFF PAPISH; ) | |
| AND ALBERT ORSBORN ) | |
| ) | |
| Defendants ) | |

**REVISED NOTICE OF DISCOVERY DEPOSITION**

TO:  Daniel S. Alcorn, 139 S. Cherry St., Galesburg, IL 61402
Sarah R. Kerley, 500 S. Second Street, Springfield, IL 62706
Stephen T. Fieweger, 1000 36th Ave., Moline, IL 61265
Jonathan C. Goldman, 19 S. LaSalle St., Chicago, IL 60603

YOU ARE HEREBY NOTIFIED that on **Friday, the 8th day of September, A.D. 2006, at the hour of 9:30 o'clock A.M.**, we demand and shall cause to be taken the discovery deposition of **ANTHONY MASSARO** before a court reporter of Kelly Reporting or any other Notary Public in Rock Island County, Illinois, at the offices of Katz, Huntoon & Fieweger, PC, 1000 36th Avenue, Moline, IL, upon oral interrogatories, pursuant to the provisions of the Civil Practice Act and Rules of the Supreme Court of Illinois, at which time and place said deponent shall appear.

Dated at Moline, Illinois, this 12th day of July, A.D. 2006.

ALBERT ORSBORN, Defendant,

By:  s/ Mark D. Churchill
Mark D. Churchill Bar #188372
Attorney for Defendant
Churchill & Churchill, P.C.
1610 Fifth Avenue
Moline, IL  61265
Telephone: (309) 762-3643
Fax:  (309) 762-4690
E-mail: cclaw@churchillfirm.com

- 2-

**PROOF OF SERVICE**

    I hereby certify that on July 12, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:  Daniel S. Alcorn, Sarah Kerley, Stephen Fieweger, and Jonathan Goldman.

                                              s/ Mark D. Churchill
                                              Mark D. Churchill Bar #188372
                                              Attorney for Defendant
                                              Churchill & Churchill, P.C.
                                              1610 Fifth Avenue
                                              Moline, IL  61265
                                              Telephone: (309) 762-3643
                                              Fax:  (309) 762-4690
                                              E-mail: [cclaw@churchillfirm.com](mailto:cclaw@churchillfirm.com)