UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| ANTHONY MASSARO, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| vs. | ) |
| | )   CASE NO. 05-4087 |
| ILLINOIS DEPARTMENT OF | ) |
| CORRECTIONS; GUY JOHNSON; | ) |
| JEFF McCHURCH;  JEFF PAPISH; | ) |
| and ALBERT OSBORNE, | ) |
| | ) |
|    Defendants. | ) |

## CERTIFICATE OF SERVICE

    The undersigned, counsel of record for Plaintiff, certifies that he served true and correct copies of the following document on the attorneys for Defendants:

Answers to Defendant Guy Johnson's
First Set of Interrogatories Propounded to Plaintiff

by enclosing same in envelopes addressed as follows:

| | |
|---|---|
| Ms. Sarah R. Kerley | Mr. Stephen T. Fieweger |
| Assistant Attorney General | Katz, Huntoon & Fieweger, P.C. |
| 500 South Second Street | 1000 – 36th Avenue, P. O. Box 950 |
| Springfield, IL  62706 | Moline, IL  61266-0950 |
| | |
| Mr. Mark D. Churchill | Mr. Jonathan C. Goldman |
| Churchill & Churchill, P.C. | Goldman & Ehrlich |
| 1610 Fifth Avenue | 19 South LaSalle Street, Suite 1500 |
| Moline, IL  61265 | Chicago, IL  60603 |

and by depositing said envelopes, with first-class postage fully prepaid, in the United States mail at Galesburg, Illinois, on the 24th day of July, 2006.

                                         Anthony Massaro, Plaintiff

                                         s/ DANIEL S. ALCORN
                                         #06209425
                                         STOERZBACH MORRISON, P.C.
                                         139 South Cherry Street
                                         P. O. Box 1328
                                         Galesburg, IL  61402-1328
                                         Telephone:  (309) 341-6000
                                         Telefax:     (309) 343-7500
                                         alcornd@galesburglaw.com

## PROOF OF SERVICE

      The undersigned hereby certifies that on July 24th, 2006, he electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys for the Defendants: Sarah R. Kerley, Assistant Attorney General, 500 South Second Street, Springfield, IL 62706; Mark D. Churchill, Churchill & Churchill, P.C., 1610 Fifth Avenue, Moline, IL 61265; Stephen T. Fieweger, Katz, Huntoon & Fieweger, P.C., 1000 – 36th Avenue, P. O. Box 950, Moline, IL 61266-0950; and Jonathan C. Goldman, Goldman & Ehrlich, 19 South LaSalle Street, Suite 1500, Chicago, IL 60603.

                                                s/ Daniel S. Alcorn, #06209425
                                                Attorney for Plaintiff
                                                STOERZBACH MORRISON, P.C.
                                                139 South Cherry Street
                                                P. O. Box 1328
                                                Galesburg, IL 61402-1328
                                                Telephone: 309/341-6000
                                                Telefax:    309/343-7500
                                                alcornd@galesburglaw.com