UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| ANTHONY MASSARO, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) CASE NO. 05-4087 |
| ILLINOIS DEPARTMENT OF | ) |
| CORRECTIONS; GUY JOHNSON; | ) |
| JEFF McCHURCH; JEFF PAPISH; | ) |
| and ALBERT OSBORNE, | ) |
| | ) |
|    Defendants. | ) |

## CERTIFICATE OF SERVICE

The undersigned, counsel of record for Plaintiff, certifies that he served true and correct copies of the following document on the attorneys for Defendants:

Answers to Interrogatories Propounded by Defendants McChurch & Papish
Response to Request for Production by Defendants McChurch & Papish

by enclosing same in envelopes addressed as follows:

Ms. Sarah R. Kerley
Assistant Attorney General
500 South Second Street
Springfield, IL  62706

Mr. Stephen T. Fieweger
Katz, Huntoon & Fieweger, P.C.
1000 – 36th Avenue, P. O. Box 950
Moline, IL  61266-0950

Mr. Mark D. Churchill
Churchill & Churchill, P.C.
1610 Fifth Avenue
Moline, IL  61265

Mr. Jonathan C. Goldman
Goldman & Ehrlich
19 South LaSalle Street, Suite 1500
Chicago, IL  60603

and by depositing said envelopes, with first-class postage fully prepaid, in the United States mail at Galesburg, Illinois, on the 26th day of July, 2006.

                            Anthony Massaro, Plaintiff

                            s/ DANIEL S. ALCORN
                            #06209425
                            STOERZBACH MORRISON, P.C.
                            139 South Cherry Street
                            P. O. Box 1328
                            Galesburg, IL  61402-1328
                            Telephone:  (309) 341-6000
                            Telefax:     (309) 343-7500
                            alcornd@galesburglaw.com

## PROOF OF SERVICE

      The undersigned hereby certifies that on July 26, 2006, he electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys for the Defendants: Sarah R. Kerley, Assistant Attorney General, 500 South Second Street, Springfield, IL  62706; Mark D. Churchill, Churchill & Churchill, P.C., 1610 Fifth Avenue, Moline, IL  61265; Stephen T. Fieweger, Katz, Huntoon & Fieweger, P.C., 1000 – 36th Avenue, P. O. Box 950, Moline, IL  61266-0950; and Jonathan C. Goldman, Goldman & Ehrlich, 19 South LaSalle Street, Suite 1500, Chicago, IL  60603.

      s/ Daniel S. Alcorn, #06209425
Attorney for Plaintiff
STOERZBACH MORRISON, P.C.
139 South Cherry Street
P. O. Box 1328
Galesburg, IL  61402-1328
Telephone:  309/341-6000
Telefax:     309/343-7500
alcornd@galesburglaw.com