UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| ANTHONY MASSARO, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) CASE NO. 05-4087 |
| ILLINOIS DEPARTMENT OF | ) |
| CORRECTIONS; GUY JOHNSON; | ) |
| JEFF McCHURCH;  JEFF PAPISH; | ) |
| and ALBERT OSBORNE, | ) |
| | ) |
|    Defendants. | ) |

## CERTIFICATE OF SERVICE

The undersigned, counsel of record for Plaintiff, certifies that he served true and correct copies of the following documents on the attorneys for Defendants:

Plaintiff's First Set of Interrogatories to Defendant Illinois Department of Corrections;
Plaintiff's First Request for Production of Documents to Defendant Illinois Department of Corrections;
Plaintiff's First Set of Interrogatories to Defendant Guy Johnson;
Plaintiff's First Request for Production of Documents to Defendant Guy Johnson;
Plaintiff's First Set of Interrogatories to Defendant Jeff McChurch;
Plaintiff's First Request for Production of Documents to Defendant Jeff McChurch;
Plaintiff's First Set of Interrogatories to Defendant Jeff Papish;
Plaintiff's First Request for Production of Documents to Defendant Jeff Papish;
Plaintiff's First Set of Interrogatories to Defendant Albert Orsborn; and
Plaintiff's First Request for Production of Documents to Defendant Albert Orsborn.

by enclosing same in envelopes addressed as follows:

| | |
|---|---|
| Ms. Sarah R. Kerley | Mr. Stephen T. Fieweger |
| Assistant Attorney General | Katz, Huntoon & Fieweger, P.C. |
| 500 South Second Street | 1000 – 36th Avenue, P. O. Box 950 |
| Springfield, IL  62706 | Moline, IL  61266-0950 |
| | |
| Mr. Mark D. Churchill | Mr. Jonathan C. Goldman |
| Churchill & Churchill, P.C. | Goldman & Ehrlich |
| 1610 Fifth Avenue | 19 South LaSalle Street, Suite 1500 |
| Moline, IL  61265 | Chicago, IL  60603 |

and by depositing said envelopes, with first-class postage fully prepaid, in the United States mail at Galesburg, Illinois, on the 28th day of August, 2006.

    Anthony Massaro, Plaintiff

    s/ DANIEL S. ALCORN
    #06209425
    STOERZBACH MORRISON, P.C.
    139 South Cherry Street
    P. O. Box 1328
    Galesburg, IL  61402-1328
    Telephone:  (309) 341-6000
    Telefax:     (309) 343-7500
    alcornd@galesburglaw.com

## PROOF OF SERVICE

      The undersigned hereby certifies that on August 28, 2006, he electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys for the Defendants: Sarah R. Kerley, Assistant Attorney General, 500 South Second Street, Springfield, IL  62706; Mark D. Churchill, Churchill & Churchill, P.C., 1610 Fifth Avenue, Moline, IL  61265; Stephen T. Fieweger, Katz, Huntoon & Fieweger, P.C., 1000 – 36th Avenue, P. O. Box 950, Moline, IL  61266-0950; and Jonathan C. Goldman, Goldman & Ehrlich, 19 South LaSalle Street, Suite 1500, Chicago, IL  60603.

      s/ Daniel S. Alcorn, #06209425
Attorney for Plaintiff
STOERZBACH MORRISON, P.C.
139 South Cherry Street
P. O. Box 1328
Galesburg, IL  61402-1328
Telephone:  309/341-6000
Telefax:      309/343-7500
alcornd@galesburglaw.com