IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| ANTHONY MASSARO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | No. 05-4087 |
| ) | |
| ILLINOIS DEPARTMENT OF ) | |
| CORRECTIONS; et al., ) | |
| ) | |
| Defendants. ) | |

## MOTION FOR ENLARGEMENT OF TIME

NOW COMES the Defendant, ILLINOIS DEPARTMENT OF CORRECTIONS, by and through its attorney, Lisa Madigan, Attorney General of the State of Illinois, and hereby moves for an enlargement of time to file responses to Plaintiff's Request for production of Documents and Interrogatories. In support thereof, Defendant states as follows:

1. Plaintiff served Interrogatories and a Request for Production of Documents on Defendant on or about August 28, 2006.

2. Defendant's response to Plaintiff's Request for Admission of Facts is due on or about September 28, 2006.

3. The under-signed counsel has worked to complete the discovery responses in a timely manner.

4. On Friday, September 22, 2006, counsel received a series of documents from East Moline Correctional Center responsive to Plaintiff's request.

5. Early this afternoon, counsel received an electronic mail message from the litigation coordinator at East Moline Correctional Center, informing me that he was sending

me additional documents via overnight delivery.

6. In order for the undersigned to have sufficient time to prepare responses to Plaintiff's Request for Production of Documents and Interrogatories in light of the additional documents to be received tomorrow and a four-day federal jury trial beginning October 3, 2006, she requests an extension of eight (8) business days.

7. The Attorney General's Office contacted Plaintiff's counsel and he has no objection to this short extension of time.

8. This motion is not made for purposes of undue delay.

9. It is in the interest of justice to allow the Defendant until October 9, 2006, to respond to Plaintiff's Interrogatories and Request for Production of Documents.

WHEREFORE, Defendant respectfully requests that this honorable Court enter an order allowing it an additional eight (8) business days, up to and including October 9, 2006, in which to respond to Plaintiff's Interrogatories and Request for Production of Documents.

    Respectfully submitted,

    ILLINOIS DEPARTMENT OF CORRECTIONS,

      Defendant,

    LISA MADIGAN, Attorney General
    State of Illinois,

      Attorney for Defendant,

By: /s/ Sarah R. Kerley
Sarah R. Kerley, #6283449
Assistant Attorney General
500 South Second Street
Springfield, IL 62706
Telephone: (217) 785-4555
Facsimile: (217) 524-5091
E-Mail: skerley@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| ANTHONY MASSARO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | )  No. 05-4087 |
| | ) |
| ILLINOIS DEPARTMENT OF | ) |
| CORRECTIONS; GUY JOHNSON; | ) |
| JEFF MCCHURCH; JEFF PAPISH; | ) |
| and ALBERT OSBORNE, | ) |
| | ) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 27, 2006, I electronically filed Motion for Enlargement of Time with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

Daniel S. Alcorn
alcornd@galesburglaw.com

Jonathan C. Goldman
jon@goldmanehrlich.com

Mark D. Churchill
cclaw@churchillfirm.com

Stephen T. Fieweger
stfieweger@katzlawfirm.com

and I hereby certify that on September 27, 2006, I mailed by United States Postal Service, the document(s) to the following non-registered participant(s):

None

Respectfully Submitted,
 s/ Sarah R. Kerley
Sarah R. Kerley, #6283449
Assistant Attorney General
Attorney for Defendants
500 South Second Street
Springfield, Illinois 62706
Telephone: (217) 782-9026
Facsimile: (217) 524-5091
E-Mail: skerley@atg.state.il.us