IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| ANTHONY MASSARO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | No. 05-4087 |
| ) | |
| ILLINOIS DEPARTMENT OF ) | |
| CORRECTIONS; et al., ) | |
| ) | |
| Defendants. ) | |

**MOTION FOR ENLARGEMENT OF TIME**

NOW COMES the Defendant, ILLINOIS DEPARTMENT OF CORRECTIONS, by and through its attorney, Lisa Madigan, Attorney General of the State of Illinois, and hereby moves for an enlargement of time to file responses to Plaintiff's Request for Production of Documents and Interrogatories. In support thereof, Defendant states as follows:

1.   Plaintiff served Interrogatories and a Request for Production of Documents on Defendant on or about August 28, 2006.

2.   Defendant's response to Plaintiff's Interrogatories and a Request for Production of Documents is due on or about September 28, 2006.

3.   The under-signed counsel has worked to complete the discovery responses in a timely manner.

4.   In order for the undersigned to have sufficient time to prepare responses to Plaintiff's Request for Production of Documents and Interrogatories in light of the additional documents received early this week and a federal jury trial which began October 3, 2006 and just completed this afternoon, on September 27, 2006 she requested an enlargement

of eight (8) business days, up to and including October 9, 2006.

     5.     The Court granted counsel's motion on September 29, 2006.

     6.     At the time of her requested enlargement, counsel for Defendant, Illinois Department of Corrections, did not realize that October 9, 2006 was a state holiday, which therefore would foreclose her the ability to confer with her client upon conclusion of the preparation of responses.

     7.     Therefore, the Defendant respectfully requests one (1) additional day, up to and including October 10, 2006, in which to serve its responses to Plaintiff's discovery requests.

     8.     Plaintiff's counsel has indicated no objection to this short extension of time.

     9.     This motion is not made for purposes of undue delay.

     10.     It is in the interest of justice to allow the Defendant until October 10, 2006, to respond to Plaintiff's Interrogatories and Request for Production of Documents.

WHEREFORE, Defendant respectfully requests that this honorable Court enter an order allowing it an additional one (1) business day, up to and including October 10, 2006, in which to respond to Plaintiff's Interrogatories and Request for Production of Documents.

Respectfully submitted,

ILLINOIS DEPARTMENT OF CORRECTIONS,

Defendant,

LISA MADIGAN, Attorney General
State of Illinois,

Attorney for Defendant,

By:  /s/ Sarah R. Kerley
Sarah R. Kerley, #6283449
Assistant Attorney General
500 South Second Street
Springfield, IL 62706
Telephone: (217) 785-4555
Facsimile:  (217) 524-5091
E-Mail: skerley@atg.state.il.us

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| ANTHONY MASSARO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | No. 05-4087 |
| ) | |
| ILLINOIS DEPARTMENT OF ) | |
| CORRECTIONS; GUY JOHNSON; ) | |
| JEFF MCCHURCH; JEFF PAPISH; ) | |
| and ALBERT OSBORNE, ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2006, I electronically filed a Second Motion for Enlargement of Time with the Clerk of the Court using the CM/ECF system which will send notification of such filing(s) to the following:

Daniel S. Alcorn
alcornd@galesburglaw.com

Jonathan C. Goldman
jon@goldmanehrlich.com

Mark D. Churchill
cclaw@churchillfirm.com

Stephen T. Fieweger
stfieweger@katzlawfirm.com

and I hereby certify that on October 5, 2006, I mailed by United States Postal Service, the document(s) to the following non-registered participant(s):

None

Respectfully Submitted,
 s/ Sarah R. Kerley
Sarah R. Kerley, #6283449
Assistant Attorney General
Attorney for Defendants
500 South Second Street
Springfield, Illinois 62706
Telephone: (217) 782-9026
Facsimile: (217) 524-5091
E-Mail: skerley@atg.state.il.us