UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| ANTHONY MASSARO, | ) |
| | ) |
|   Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) CASE NO. 05-4087 |
| ILLINOIS DEPARTMENT OF | ) |
| CORRECTIONS; GUY JOHNSON; | ) |
| JEFF McCHURCH; JEFF PAPISH; | ) |
| and ALBERT OSBORNE, | ) |
| | ) |
|   Defendants. | ) |

## STIPULATION FOR DISMISSAL

Plaintiff and Defendants, by and through their counsel of record, having arrived at a settlement agreement, hereby stipulate and agree to the dismissal of Plaintiff's Amended Complaint with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).

s/ DANIEL S. ALCORN
#06209425
Attorney for Plaintiff
STOERZBACH MORRISON, P.C.
139 South Cherry Street
P. O. Box 1328
Galesburg, IL  61402-1328
Telephone:  (309) 341-6000
Telefax:     (309) 343-7500
alcornd@galesburglaw.com

s/SARAH R. KERLEY
#6283449
Attorney for Defendant
Illinois Department of Corrections
Assistant Attorney General
500 South Second Street
Springfield, IL  62706
Telephone:  (217) 782-9026
Telefax:     (217) 524-5091
skerley@atg.state.il.us


s/ MARK D. CHURCHILL
#188372
Attorney For Defendant Albert Orsborn
CHURCHILL & CHURCHILL, P.C.
1610 Fifth Avenue
Moline, IL  61265
Telephone:  (309) 762-3643
Telefax:     (309) 762-4690
cclaw@churchillfirm.com


s/STEPHEN T. FIEWEGER
#06195728
Attorney for Defendants Jeff McChurch and Jeff Papish
KATZ, HUNTOON & FIEWEGER, P.C.
1000 – 36th Avenue
P. O. Box 950
Moline, IL  61266-0950
Telephone:  (309) 797-3000
Telefax:     (309) 797-3330
stfieweger@katzlawfirm.com


s/JONATHAN C. GOLDMAN
#06210828
Attorney for Defendant Guy Johnson
GOLDMAN & EHRLICH
19 South LaSalle Street
Suite 1500
Chicago, IL   60603
Telephone:  (312) 332-6733
Telefax:     (312) 332-4629
jon@goldmanehrlich.com